NUMBER 13-08-00067-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


RED RIVER SERVICE CORPORATION 

AND RICARDO ESPERANZA, Appellants,


v.



ANTONIO CRUZ FLORES - VENEGAS, ET AL., Appellees.

 

_______________________________________________________


On Appeal from the 103rd District Court 


of Cameron County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Vela


Memorandum Opinion Per Curiam


 Appellants, Red River Service Corporation and Ricardo Esperanza, have filed a
notice of settlement with this Court. According to the notice, the parties have reached a
settlement regarding the matters at issue in this appeal, and accordingly, desire to
withdraw their notice of appeal. 

 The Court, having considered the documents on file and the motion to withdraw the
notice of appeal, is of the opinion that the motion should be granted. See Tex. R. App. P.
42.1(a). The motion to withdraw the appeal is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellants' request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered 

and filed this the 13th day of March, 2008.